**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-2310**

TERENCE KEITH JOHNSON,

Plaintiff - Appellant,

versus

SUNTRUST BANK,

Defendant - Appellee.

**No. 07-1034**

TERENCE KEITH JOHNSON,

Plaintiff - Appellant,

versus

CARSEY-WERNER PRODUCTIONS, INCORPORATED; CARSEY-WERNER DISTRIBUTION, INCORPORATED; WILLIAM COSBY, "Bill"; NATIONAL BROADCASTING COMPANY, INCORPORATED; JEFFERSON-PILOT COMMUNICATIONS COMPANY, WWBT TV-12,

Defendants - Appellees.

## No. 07-1061

TERENCE KEITH JOHNSON,

                                        Plaintiff - Appellant,

        versus

WAL-MART CORPORATION,

                                        Defendant - Appellee.

## No. 07-1068

TERENCE KEITH JOHNSON,

                                        Plaintiff - Appellant,

        versus

EDMUND CREEKMOORE, DOCTOR,

                                        Defendant - Appellee.

## No. 07-1078

TERENCE KEITH JOHNSON,

                                        Plaintiff - Appellant,

versus

SUNTRUST BANK; SUNTRUST MORTGAGE INCORPORATED;
SPOTTS FAINE, P.C.; BENJAMIN DORSEY, J.D., at
Spotts Faine, P.C.,

Defendants - Appellees.

---

**No. 07-1085**

---

TERENCE KEITH JOHNSON,

Plaintiff - Appellant,

versus

THOMAS V. WARREN, Judge; COMMONWEALTH OF
VIRGINIA,

Defendants - Appellees.

---

**No. 07-1087**

---

TERENCE KEITH JOHNSON,

Plaintiff - Appellant,

versus

BETH GROFF, Counselor, Department of
Rehabilitative Services,

Defendant - Appellee.

- 3 -

No. 07-1088

TERENCE KEITH JOHNSON,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA; CITY OF PETERSBURG;
LUCRETIA A. CARRICO, Judge; DONNA DILLARD;
TERRI NEWMAN; PETERSBURG POLICE DEPARTMENT;
FLOSSIE RIDLEY; WILLIAM PARHAM; POPLAR SPRINGS
HOSPITAL; SOUTHSIDE REGIONAL MEDICAL CENTER;
UNKNOWN CONSPIRATOR; RACHEL JOHNSON, Deceased;
JAMES JOHNSON; CENTRAL STATE HOSPITAL; CITY OF
PETERSBURG, VIRGINIA SHERIFF; DISTRICT 19
COMMUNITY SERVICES BOARD; ASAAD MASRI, Doctor;
DR.; DEBORAH HIGGINBOTHAM, LCSW; MARSHA
ANDREWS, Counselor; DELANO PARHAM; CALVIN H.
THIGPEN, J.D., M.D.; CITY OF RICHMOND POLICE
DEPARTMENT; RICHMOND BEHAVIOR; INFINEON
TECHNOLOGIES; ROBERT KLEIN; IN KLEIN, Judge;
PORTSMOUTH POLICE DEPARTMENT,

Defendants - Appellees.

No. 07-1089

TERENCE KEITH JOHNSON,

Plaintiff - Appellant,

- 4 -

versus

UNITED STATES OF AMERICA, UNITED STATES
EMBASSY, SENEGAL,

Defendant - Appellee.

---

**No. 07-1092**

---

TERENCE KEITH JOHNSON,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA; THE CITY OF COLONIAL
HEIGHTS, VIRGINIA; CITY OF COLONIAL HEIGHTS
POLICE DEPARTMENT; RIVERSIDE REGIONAL JAIL,

Defendants - Appellees.

---

**No. 07-1093**

---

TERENCE KEITH JOHNSON,

Plaintiff - Appellant,

versus

SOUTHSIDE REGIONAL MEDICAL CENTER,

Defendant - Appellee.

- 5 -

---
**No. 07-1094**
---

TERENCE KEITH JOHNSON,

                              Plaintiff - Appellant,

          versus

CALVIN H. THIGPEN,

                              Defendant - Appellee.

---
**No. 07-1095**
---

TERENCE KEITH JOHNSON,

                              Plaintiff - Appellant,

          versus

HOFFMAN COMMUNICATIONS, INCORPORATED, WROU
1240 AM "Talk Back Live",

                              Defendant - Appellee.

---
**No. 07-1096**
---

TERENCE KEITH JOHNSON,

                              Plaintiff - Appellant,

          versus

HAULERS INSURANCE COMPANY, INCORPORATED;
PATRICK WOLFORD; COLONIAL HEIGHTS POLICE
DEPARTMENT; COMMONWEALTH OF VIRGINIA,

                                    Defendants - Appellees.

_____

Appeals from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, Chief
District Judge; Henry E. Hudson, District Judge.  (3:06-cv-00748-
HEH; 3:07-cv-00004;3:06-cv-00804-JRS; 3:06-cv-00811-JRS; 3:07-cv-
00001-JRS; 3:07-cv-00003-JRS; 3:06-cv-00826-JRS; 3:06-cv-00846-JRS;
3:06-cv-00866-JRS; 3:06-cv-00805-JRS; 3:06-cv-00816-JRS; 3:06-cv-
00827-JRS; 3:06-cv-00847-JRS; 3:06-cv-00867-JRS)

_____

Submitted:  March 29, 2007          Decided:  April 6, 2007

_____

Before MOTZ, TRAXLER,[*] and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Terence Keith Johnson, Appellant Pro Se.  Margaret Frances Hardy,
SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia, for Appellee
Edmund Creekmoore.

_____

Unpublished opinions are not binding precedent in this circuit.

_____

  [*]Judge Traxler did not participate in consideration of this
case.  The opinion is filed by a quorum of the panel pursuant to 28
U.S.C. § 46(d).

- 7 -

PER CURIAM:

In these consolidated appeals, Terence Keith Johnson seeks to appeal the district court's orders dismissing as frivolous his civil complaints raising a host of claims against numerous defendants. We have reviewed the record and find no reversible error. Accordingly, although we grant Johnson's motions to amend his informal briefs, we deny his motion to file an amended complaint in No. 06-2310 and affirm for the reasons stated by the district court. Johnson v. SunTrust Bank, Nos. 3:06-cv-00748-HEH; 3:07-cv-00001-JRS (E.D. Va. Dec. 8, 2006 & Jan. 8, 2007); Johnson v. Carsey-Warner Prod., No. 3:07-cv-00004 (E.D. Va. Jan. 8, 2007); Johnson v. Wal-Mart, Inc., No. 3:06-cv-00804-JRS (E.D. Va. Jan. 5, 2007); Johnson v. Creekmoore, No. 3:06-cv-00811-JRS (E.D. Va. Jan. 5, 2007); Johnson v. Warren, No. 3:07-cv-00003-JRS (E.D. Va. Jan. 8, 2007); Johnson v. Groff, No. 3:06-cv-00826-JRS (E.D. Va. Jan. 5, 2007); Johnson v. Commonwealth of Va., Nos. 3:06-cv-00846-JRS & 3:06-cv-00805-JRS (E.D. Va. Jan. 5 & 8, 2007); Johnson v. United States, No. 3:06-cv-00866-JRS (E.D. Va. Jan. 9, 2007); Johnson v. Southside Reg'l Med. Ctr., No. 3:06-cv-00816-JRS (E.D. Va. Jan. 5, 2007); Johnson v. Thigpen, No. 3:06-cv-00827-JRS (E.D. Va. Dec. 20, 2006); Johnson v. Hoffman Commc'ns, Inc., No. 3:06-cv-00847-JRS (E.D. Va. Jan. 8, 2007); Johnson v. Haulers Ins. Co., No. 3:06-cv-00867-JRS (E.D. Va. Jan. 8, 2007). We dispense with oral argument because the facts and legal contentions are

adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED